■ GLOSSON MOTOR LINES, INC., Appellant, v DANA C. PLATT, Respondent.—Order, Supreme Court, New York County, entered on April 22, 1975, unanimously affirmed on the authority of *Perkins v Merchants Mut. Ins. Co.* (41 NY2d 394). Respondent shall recover of appellant $40 costs and disbursements of this appeal. [80 Misc 2d 675.] Concur—Murphy, P. J., Lupiano, Silverman and Capozzoli, JJ.

■ ROBERT J. ENNIS, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 15, 1975, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Silverman and Capozzoli, JJ.

■ WILLIAM A. MATHESIE, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment (denominated an order), Supreme Court, New York County, entered on November 25, 1975, unanimously affirmed for the reasons stated by Sarafite, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Silverman and Capozzoli, JJ.

■ IRIS V. SANTIAGO, Appellant, v RALPH G. ORTIZ et al., Defendants, and MICHAEL C. ORTIZ et al., Respondents.—Judgment, Supreme Court, New York County, entered on January 25, 1977, unanimously affirmed for the reasons stated by Nusbaum, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR GONZALEZ, Appellant.—Motion to withdraw as appellant's counsel granted (see *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Yesawich, JJ.

■ In the Matter of CAROL M. SKROBSKY, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on January 7, 1975, unanimously affirmed, without costs and without disbursements, for the reasons stated by Amsterdam, J., at Special Term, without prejudice to any future action which petitioner may decide to pursue. (See *Velger v Cawley*, 525 F2d 334, cert granted — US ——.) Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Lane, JJ.